IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:22cr134 |
| Plaintiff, | : | JUDGE WALTER H. RICE |
| v. | : | |
| REGINALD BATTLE, | : | |
| Defendant. | : | |

**ORDER**

The above-captioned case is hereby TRANSFERRED from the docket of The Honorable Walter H. Rice to the docket of The Honorable Thomas M. Rose in the Seat of Court at Dayton.

IT IS SO ORDERED.

January 3, 2023

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE