IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No. 3:22cr134 |
| Plaintiff, | : | JUDGE WALTER H. RICE |
| v. | : | |
| **REGINALD BATTLE,** | : | |
| Defendant. | : | |

**DECISION AND ENTRY STRIKING THIS COURT'S DECISION GRANTING DEFENDANT'S MOTION FOR REVIEW OF DETENTION ORDER, GIVEN THAT IT BELIEVES SUCH DECISION SHOULD BE MADE BY JUDGE THOMAS M. ROSE**

On December 28, 2022, this Court, in addition to accepting a plea of guilty from the defendant to a charge set forth in Count One of a Bill of Information, orally sustained defendant's Motion for Review of Detention Order (Doc. Number 25). The Court orally ordered that bed space be secured for defendant in the dual diagnosis facility at Nova House, following which he is to live in a sober living facility.

On January 3, 2023, this Court recused itself and ordered the captioned cause transferred to the docket of Judge Thomas M. Rose, an action which this Court had discussed with Judge Rose, prior to accepting defendant's guilty plea on December 28, 2022.

Accordingly, this Court's decision on the defendant's Motion for Review of Detention Order, was not the Court's decision to make. Rather, such a decision should be made by Judge

Rose. With that in mind, this Court vacates and holds for naught its oral decision sustaining defendant's Motion for Review of Detention Order. The Court appreciates the efforts of United States Pretrial Services Officer, Katie Snodgrass, to reach out to Nova House to begin the process of carrying out this Court's oral decision, and apologizes to her for any inconvenience/ extra efforts she may have sustained.

January 5, 2023

*Walter H. Rice*

WALTER H. RICE
UNITED STATES DISTRICT JUDGE